[Nos. 23460-9-I; 23958-9-I. Division One. September 9, 1991.]

ROSE MARY HUGGINS, *as Personal Representative, Appellant,* v. RICHARD GREENLEAF, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for King County, No. 86-2-15764-6, Sharon S. Armstrong, J., entered December 14, 1988. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Baker, JJ.

[No. 25275-5-I. Division One. September 16, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. NEIL DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-1-00342-5, David A. Nichols, J., entered November 29, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 25667-0-I. Division One. September 16, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID B. TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for San Juan County, No. 89-1-05037-1, Alan R. Hancock, J., entered January 22, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., Forrest, J., dissenting.